

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Bradford Turner and Pat Turner, Appellants

No. 06-20-00027-CV      v.

Jim Dudley and Mary Dudley, Appellees

Appeal from the 4th District Court of Rusk County, Texas (Tr. Ct. No. 2017-244). Memorandum Opinion delivered by Justice Stevens, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find partial error in the judgment of the court below. Therefore, we reverse the trial court's award of damages to Jim Dudley and remand the matter for a new trial. In all other respects, the trial court's judgment is affirmed.

We further order that the appellees, Jim Dudley and Mary Dudley, pay all costs of this appeal.

RENDERED OCTOBER 16, 2020
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk